1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney

2

3  THOMAS A. COLTHURST (CABN 99493)
   Chief, Criminal Division

4  NEAL C. HONG (ILBN 6309265)
   Assistant United States Attorney

5
          150 Almaden Boulevard, Suite 900
6         San Jose, California 95113
          Telephone: (408) 535-5081
7         neal.hong@usdoj.gov

8  Attorneys for United States of America

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                            SAN JOSE DIVISION

12 UNITED STATES OF AMERICA,        )  NO.: **CR 23-71503-MAG**
                                    )
13        Plaintiff,                )  MOTION TO SEAL DOCUMENTS
                                    )
14   v.                             )  **UNDER SEAL**
                                    )
15 JAMES LUNA,                      )
                                    )
16        Defendant.                )
                                    )
17 _____ )

18
          The United States, by and through its counsel, Assistant United States Attorney NEAL C.
19
   HONG, moves this Court for an order sealing the government's application for a sealing order, the
20
   sealing order, the affidavit for a complaint, the complaint, and all attachments in the above-referenced
21
   investigation. Disclosure of the specified documents might jeopardize the progress of this ongoing
22
   investigation that is neither public nor known to unidentified co-conspirators of the investigation.
23
          Accordingly, the United States requests that the Court seals these documents, except that the
24
   Clerk of Court shall provide copies of the sealed documents to employees of the United States
25
   Attorney's Office. The United States further requests that the United States Attorney's Office be
26 //

27 //

28

MOTION FOR SEALING ORDER            1                                      v. 2/22/2020

1 | permitted to share these documents as necessary to comply with its discovery obligations, and with
2 | the United States Postal Inspection Service.

DATED: October 4, 2023                    Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney


/s Neal Hong
NEAL C. HONG
Assistant United States Attorney