JODI H. LINKER
Federal Public Defender
Northern District of California
JESSICA YU
Assistant Federal Public Defender
55 S. Market Street, Suite 820
San Jose, CA 95113
Telephone:  (408) 291-7753
Facsimile:   (408) 291-7399
Email:       Jessica_Yu@fd.org

Counsel for Defendant LUNA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 5:23-mj-71503-MAG |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE DETENTION HEARING** |
| v. | |
| JAMES LUNA, | |
| Defendant. | |

Defendant James Luna and the Government, by and through their respective counsel, stipulate and agree, with the Court's approval, that the detention hearing set for December 11, 2023 at 1:00 p.m. may be continued to December 13, 2023 at 1:00 p.m. The reason for the requested continuance is that the defense needs additional time to conduct investigation that will bear on the detention hearing.

The parties additionally stipulate and agree that time shall be excluded from December 11, 2023 to December 13, 2023, pursuant to 18 U.S.C. §§ 3161(h)(1)(D) as the government's motion for detention remains pending.

IT IS SO STIPULATED.

Dated: December 8, 2023

JODI H. LINKER
Federal Public Defender
Northern District of California

_____/s/_____
JESSICA YU
Assistant Federal Public Defender

Dated: December 8, 2023

ISMAIL J. RAMSEY
United States Attorney
Northern District of California

_____/s/_____
NEAL HONG
Assistant United States Attorney

## [PROPOSED] ORDER

Upon agreement and stipulation of the defendant James Luna, and the United States, and their respective counsel, and good cause appearing, IT IS HEREBY ORDERED that defendant James Luna's detention hearing be continued to December 13, 2023 at 1:00 p.m.

It is further ORDERED that time be excluded under 18 U.S.C. § 3161(h), and specifically, that it be excluded from December 11, 2023 to December 13, 2023.

IT IS SO ORDERED.

DATED: _____

_____
HONORABLE SUSAN VAN KEULEN
United States Magistrate Judge